

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00171-CV

| | | |
|---|---|---|
| V3 CONSTRUCTION COMPANY, LLC, Appellant | § | On Appeal from the 17th District Court |
| | § | of Tarrant County (017-314610-20) |
| V. | § | February 11, 2021 |
| JOHN WALTER BUTLER, Appellee | § | Memorandum Opinion by Justice Wallach |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's May 22, 2020 "Order Denying Defendant V3 Construction Company, LLC's Amended Motion to Compel Arbitration." It is ordered that the trial court's order is affirmed.

It is further ordered that appellant V3 Construction Company, LLC shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Mike Wallach_____
Justice Mike Wallach